IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYBERFONE SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-112-SLR |
| | ) |
| CABLE ONE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL
### WITH PREJUDICE OF CABLE ONE, INC.

Plaintiff CyberFone Systems, LLC ("CyberFone"), and Defendant Cable One, Inc. ("Cable One"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), and subject to approval of the Court, hereby stipulate to dismissal of all claims of CyberFone WITH PREJUDICE and counterclaims of Cable One WITHOUT PREJUDICE, subject to the terms of an agreement between the parties dated June 29, 2012, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | ASHBY & GEDDES |
| | |
| */s/ Stephen B. Brauerman* | */s/ Andrew C. Mayo* |
| _____ | _____ |
| Richard D. Kirk (I.D. #922) | Steven J. Balick (I.D. #2114) |
| Stephen B. Brauerman (I.D. #4952) | Lauren E. Maguire (I.D. #4261) |
| 222 Delaware Avenue, Suite 900 | Andrew C. Mayo (I.D. #5207) |
| Wilmington, DE 19899-5130 | 500 Delaware Avenue, 8th Floor |
| (302) 655-5000 | P.O. Box 1150 |
| rkirk@bayardlaw.com | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| *Attorneys for Plaintiff* | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendant Cable One, Inc.* |